IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PLAINTIFF |
| vs. | CIVIL ACTION NO.4:04CR42WSU |
| Sataria Houston 82848-1 | DEFENDANT |
| W.C.M., Inc. | GARNISHEE |

**ORDER QUASHING GARNISHMENT**

On motion ore tenus of the United States Attorney to quash the Writ of Garnishment issued in this action on the grounds that the defendant is no longer employed by the Garnishee, W.C.M., Inc.; (see docket #36 Garnishee's Answer to Writ of Continuing Garnishment)

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Continuing Garnishment issued in this action on November 3, 2008, be and it is hereby quashed, and the garnishee, W.C.M., Inc., is hereby dismissed.

ORDERED AND ADJUDGED this 20th day of November, 2008.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE